IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CYNTHIA MARIE SULLIVAN
and SAMUEL SULLIVAN, JR.,

      Plaintiffs,

v.                                                       Case No.  1:15cv143-MW/GRJ

DEPARTMENT OF VETERANS
AFFAIRS,

      Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 6.   Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on January 4, 2016.**

                                                     **s/Mark E. Walker            **
                                                     **United States District Judge**